JOHN BELL, Respondent, *v.* WORKMEN'S CIRCLE OF AMERICA, Appellant.

(Argued December 10, 1935; decided January 8, 1936.)

*John D. Lyons* and *Nellie Childs Smith* for appellant.
*Ellsworth Baker* and *Milton T. Levenson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.